IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARK WEAVER                                                      PLAINTIFF

v.                            Civil No. 08-5167

SGT. CARLTON; CAPTAIN HUNTER
PETRAY, Jail Administrator, Benton County
Detention Center; LT. CARTER; and
JAIL MEDICAL STAFF                                         DEFENDANTS

### ORDER

Mark Weaver, currently an inmate of the Benton County Detention Center, has submitted for filing in this district a pro se civil rights action under 42 U.S.C. § 1983. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is directed to file the complaint.

With his complaint, plaintiff submitted an *in forma pauperis* (IFP) application. However, the second page of the IFP application is not completed. For this reason, **the clerk is directed to return the IFP application to him.** Plaintiff is given until **August 18, 2008**, to either complete the second page of the application including having the certificate portion of the IFP application completed by the appropriate detention center official and return the application to this court for review and filing or pay the $350 filing fee. **If the plaintiff fails to return the completed IFP application or pay the $350 filing fee by August 18, 2008, the complaint will become subject to summary dismissal for failure to obey an order of the court.**

IT IS SO ORDERED this 22 day of July 2008.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUL 25 2008
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)